1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOAQUIN AGUILAR,                         No.  1:25-cv-00916 GSA (PC)

12              Plaintiff,                      ORDER GRANTING PLAINTIFF'S NON-
                                               PRISONER APPLICATION TO PROCEED IN
13         v.                                   FORMA PAUPERIS

14    JEFF MACOMBER, et al.,                    (ECF No. 4)

15              Defendants.

16

17        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        When Plaintiff filed his complaint on July 25, 2025, the return address on the pleading

21   indicated that he was no longer incarcerated.  See ECF No. 1 at 1 (residential address provided by

22   Plaintiff in case caption of complaint).  Since then, Plaintiff has filed a non-prisoner in forma

23   pauperis application which indicates that he is indigent.  See ECF No. 4.

24        Plaintiff's application contains the affidavit required by 28 U.S.C. § 1915(a)(1) showing

25   that he is unable to prepay fees and costs or give security for them.  ECF No. 4 at 1.  Therefore,

26   Plaintiff's non-prisoner in forma pauperis application to proceed in forma pauperis will be

27   granted.

28

1

1      Accordingly, IT IS HEREBY ORDERED that Plaintiff's non-prisoner application to

2  proceed in forma pauperis (ECF No. 4) is GRANTED.

3

4
   IT IS SO ORDERED.
5

6      Dated:   **September 19, 2025**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28