UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOAQUIN AGUILAR,

          Plaintiff,

    v.

JEFF MACOMBER, et al.,

          Defendants.

No.  1:25-cv-00916-SAB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 8)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 3, 2026, the Court screened Plaintiff's complaint, found no cognizable claims, and ordered Plaintiff to file an amended complaint within thirty days. (ECF No. 7.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order. Accordingly, on April 13, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (ECF No. 8.)

On April 27, 2026, Plaintiff filed a response to the order to show cause and a first amended complaint.  (ECF Nos. 9, 10.)  Based on Plaintiff's response, it is HEREBY ORDERED that the order to show cause issued on April 13, 2026, (ECF No. 8), is DISCHARGED, and the Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1