UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOAQUIN AGUILAR,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

No. 1:25-cv-00916-SAB (PC)

ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY STAY OF CASE

(ECF No. 18)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 7, 2026, the Court issued an order referring this case to post-screening ADR and stayed the case. (ECF No. 17.)

On July 17, 2026, Defendants filed a request to modify the stay of the case to allow them to subpoena Plaintiff's medical records in order to allow them to better evaluate Plaintiff's case to determine whether a settlement conference will be productive.

On the basis of good cause, Defendants request is granted. Defendants may issue a subpoena to Adventist Medical Center in Hanford, California, for the purpose of obtaining records of medical treatment Plaintiff received from November 30, 2022, through December 7, 2022. All other formal discovery is still stayed until such time that this Court orders the stay lifted.

IT IS SO ORDERED.

Dated: **July 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge